■ JOCELYN AGRAMONTE et al., Appellants, v DONALD MARVIN et al., Respondents. (And Another Action.) [802 NYS2d 420]—

Order, Supreme Court, Bronx County (Barry Salman, J.), entered July 9, 2004, which granted defendants' motions for summary judgment dismissing the complaint as to plaintiffs-appellants on the ground that they did not sustain serious injuries within the meaning of Insurance Law § 5102 (d), unanimously affirmed, without costs.

Plaintiffs received physical therapy for three months after the accident but sought no other treatment until two years later, shortly *after* defendants made the first of their motions for summary judgment. This unexplained gap in treatment is fatal to plaintiffs' claims of serious injury (*Pommells v Perez*, 4 NY3d 566, 574 [2005]; *Colon v Kempner*, 20 AD3d 372, 374 [2005]). Concur—Andrias, J.P., Friedman, Sullivan and Gonzalez, JJ.